UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                CASE NO. 12-20218
                                                HON. LAWRENCE P. ZATKOFF

v.

D-3 JUSTON LABARON YOUNG,

       Defendant.
_____/

**ORDER GRANTING
MOTION FOR APPOINTMENT OF EXPERT
AND ADJOURNMENT OF FINAL PLEA CONFERENCE**

AT A SESSION of said Court, held in the
United States Courthouse, in the City of Port Huron,
State of Michigan, on the 11th of September, 2012

On September 11, 2012, Defendant filed a Motion for the Appointment of Expert and to Adjourn Trial (Docket #45), motion in which the Government concurs. The Court, having reviewed and considered Defendant's Motion, finds that the interests of justice favor granting Defendant's motion in order to determine whether Defendant is competent to stand trial. Specifically, the Court finds that "there is reasonable cause to believe that [D]efendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." Accordingly, the Court:

1. GRANTS Defendant's Motion for the Appointment of Expert and to Adjourn Trial (Docket #45);

2. ORDERS that Defendant submit to a psychiatric or psychological examination, *see* 18 U.S.C. §§ 4241 and 4247(b), and that Defendant file with the Court the psychiatric or psychological report prepared in conjunction with that examination, *see* 18 U.S.C. § 4247(c); and

3. ADJOURNS the Final Plea Conference until such time as ordered by the Court after receiving the psychiatric or psychological report on Defendant.

IT IS SO ORDERED.

S/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated: September 11, 2012

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on September 11, 2012.

S/Marie E. Verlinde
Case Manager
(810) 984-3290