UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES FOR AN
ORDER FOR DISCLOSURE OF
TELECOMMUNICATIONS RECORDS

TRACKING NO. 11US60044-B
HON. STEPHEN J. MURPHY, III

/

ORDER

This matter, having come before the court pursuant to an application under Title 18,

United States Code, Section 2703(d) by John N.O'Brien, an attorney for the Government,

requesting the production of certain telecommunications records; the court finds that the applicant

has certified and demonstrated to the Court that there are reasonable grounds to believe that the

information sought is relevant and material to a legitimate law enforcement investigation into

possible violations of Title 18, United States Code, §1951.

IT IS ORDERED pursuant to Title 18, United States Code, Section 2703(d), that

Adelphia Communications, Adelphia Long Distance, Airlink Wireless, Airvoice
Wireless, Allegiance Telecom of California, Inc., AllTel Communications, Alltel
Georgia Communications Corp, AllTel Telephone Services, American Cellular,
American Paging, Ameritech Michigan, Arch Communications, Arch Paging
Communications, Arch Wireless, Astound, AT&T Broadband, AT&T Local
Service, AT&T Long Distance, AT&T Wireless Services, Bay Star
Communications, Bell South Telecommunications, Bittell Communications,
Bluegrass Cellular, Bullseye Telecom, Cavalier Business Communications,
Comcast Cable Communications, CCT Telecom, Cellco Partnership doing business
as Verizon Wireless, Cellnet Communications, Cellular Information Systems of
Florence, Cellular One, Cellular South, CelluPage, Central Telephone Company of
Nevada doing business as Sprint of Nevada, Central Wireless Partnership doing
business as Sprint PCS, Cincinnati Bell, Cingular Wireless, Comm South
Companies, Commonwealth Communications, Competitive Communications, Inc.,
Comstat Mobile, Corecomm Limited Cox Communications, Cox Communications
Arizona, Dobson Cellular, Crickett Communications, Inc., Cue Paging, DBS
Communications, Dobson Communications, Duo County Telephone, Easton
Telecomm Service, Edge Wireless LLC, Electric Lightwave, Embarq, Encompass

1

Communications, Ernest Communications, Evans Telephone Company, Excel Communications, Excel Telecommunications, Focal Communications Corporation, Frontier: A Citizens Communications Company, Genesis Communications International, Global Crossing, GTE Paging, Granite Telecommunications, Hartington Telecommunications, Highland Telephone Co-op, ICG Communications, ICG Telecom Group, Iridium North America, ITC Deltacom, IXC Communications, J.D. Services, KMC Telecom, Leap Wireless, Level 3 Communications, Inc., Long Distance Management, Long Distance of Michigan, MCI-Worldcom, MCI-Worldcom Wireless, Metrocall, Metro PCS, M Power Communications, Nationwide Paging, Navigator Telecommunications LLC, Network Telephone, Networkservices L.L.C., NII Communications, Inc., NSC Communications, O1 Communications, OCI Communications, Omega Services, LLC, One Communications, One Star Long Distance, Optel Texas, Inc., Pac West Telecommunications Incorporated, Pacific Bell, Paetec, Page Plus Communicatinos, Pagemart, Phonetec, Qwest Communications, RCN Communications, Revol, Roseville Telephone Company, Sage Telecom, SBC Ameritech, SBC California, SBC Communications, SBC Nevada Bell, SBC Pacific Bell, SBC Southwestern Bell, Seren Innovations, SkyTel Nationwide, Source One Wireless, Southwestern Bell, Southwestern Bell Wireless, Sprint-Nextel Corporation, Sprint Communications, Sprint Long Distance, Sprint Spectrum L.P., TCG America, Inc., TDS Metrocom, Inc., Telenet Worldwide, Telepacific Communications, Telescape Communications, Teligent, Time-Warner Cable, Time-Warner Telecom, Tracfone Wireless, Inc., Transtel, Trinsic Communications, T-Mobile USA Inc., T-Mobile/Omnipoint, US Cellular, US TelePacific Corp doing business as TelePacific Communications, Variatee Wireless, Verizon California, Verizon District of Columbia, Verizon Maryland, Verizon New England, Verizon New Jersey, Verizon New York, Verizon Northwest, Verizon Texas, VerizonWireless, Verizon Wireless Paging, Weblink Wireless, Virgin Mobile, VoiceStream Wireless, West Coast PCS LLC doing business as Sure West Wireless, Western Wireless Corporation, Wide Open West, Winstar Communications, WorldCom, XO Communications, Xspedius Communications (hereinafter the **telecommunication carriers**)

disclose and furnish the Federal Bureau of Investigation the transactional records described below which pertain to the following telephone numbers, hereafter referred to as "target telephones":

2

(313) 622-0715
Sprint

(313) 579-8507
(586) 248-1054
T-Mobile

(313) 742-8170
(313) 778-5459
(313) 740-2050
(313) 452-8280
Metro PCS

(586) 854-2262
(248) 722-0120
Verizon

The transactional records requested include:

A. All subscriber information, toll records and call detail records including listed and unlisted numbers dialed or otherwise transmitted to and from target telephones from December 1, 2010 to present. B. Records, credit and billing records, can be reached numbers (CBR), custom calling features, and primary long distance carrier, and caller ID for the target telephones.

IT IS FURTHER ORDERED pursuant to 18 U.S.C. Section 2703(c)(1)(B) and 2703(d), that the wireless carriers shall provide the locations of cell/site sector (physical addresses) for the target telephones at call origination and at call termination for incoming and outgoing calls during the relevant time period.

IT IS FURTHER ORDERED that this application and Order be sealed by the Court until such time as the Court directs otherwise, since disclosure at this time would seriously jeopardize the investigation; and the Court orders that the **telecommunication carriers** their agents and employees not to disclose the existence of this Order or of this investigation to the subscriber, or to any other person unless otherwise directed by the Court.

3

IT IS FURTHER ORDERED that this authorization applies not only to the telephone numbers listed above for the target telephone numbers, but also to any changed telephone number(s) subsequently assigned to an instrument bearing the same [ESN] [IMSI] [SIM] [IMEI] [MSID][MIN] as the target telephone numbers, or any changed [ESN] [IMSI] [SIM] [IMEI] [MSID][MIN] subsequently assigned to the same telephone numbers as the target telephone numbers, or any additional changed telephone number(s) and or [ESN] [IMSI] [SIM] [IMEI] [MSID][MIN] listed to the same subscriber and/or wireless telephone account as the target telephone numbers within the period authorized by this Order;

IT IS FURTHER ORDERED that the local, long distance and wireless carriers be compensated by the investigative agency for reasonable expenses incurred in providing technical assistance.

HONORABLE MARK A. RANDON
UNITED STATES MAGISTRATE JUDGE

Dated: 6/7/11

A True Copy
U S Attorney's Office
Eastern District of Michigan

By _____
Paralegal Specialist

4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES FOR AN
ORDER FOR DISCLOSURE OF
TELECOMMUNICATIONS RECORDS

TRACKING NO. 11US60044-B
HON. STEPHEN J. MURPHY, III

/

### ORDER TO SEAL

The Government having moved to seal certain documents and the Court being duly advised

in the premises;

IT IS HEREBY ORDERED that said documents be sealed and maintained in a safe place

and not be opened unless by further Order of this Court.

_____
HONORABLE MARK A. RANDON
UNITED STATES MAGISTRATE JUDGE

Dated: 6/7/11

A True Copy
U. S. Attorney's Office
Eastern District of Michigan

By _____
Paralegal Specialist