UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

        Plaintiff,

v.

D-4 Timothy Ivory Carpenter,

        Defendant,

_____/

No. 2:12cr20218

Hon. Sean F. Cox

**STIPULATION TO HOLD PROCEEDINGS ON DEFENDANT'S MOTION TO VACATE UNDER 28 U.S.C. § 2255 PENDING THE SUPREME COURT'S DECISIONS IN HEWITT AND DUFFEY**

The above parties, by their attorneys, stipulate and agree that proceedings on Carpenter's motion to vacate under 28 U.S.C. § 2255, including all briefing schedules and hearings, should be held in abeyance pending the Supreme Court's decisions in the consolidated cases of *Hewitt v. United States* (No. 23-1002) and *Duffey v. United States* (No. 23-1150). The Supreme Court recently held oral argument in those cases on January 13, 2025, and a decision is expected by June 2025.

On February 11, 2022, this Court resentenced Carpenter on remand to a total of 1,395 months of imprisonment. Consistent with binding Sixth Circuit precedent, the Court did not apply the First Step Act's changes to sentencing under 18 U.S.C. § 924(c) when sentencing the defendant. By the time the case was appealed, the

United States had adopted the position that the First Step should apply to defendants like Carpenter; but acknowledged the contrary binding Sixth Circuit precedent.

On May 2, 2023, the Sixth Circuit affirmed Carpenter's sentence. *United States v. Carpenter*, No. 22-1198, 2023 WL 3200321, at *2 (6th Cir. May 2, 2023). The Sixth Circuit subsequently denied a petition for rehearing en banc. *United States v. Carpenter*, 80 F.4th 790 (6th Cir. 2023). The Sixth Circuit's mandate issued on September 27, 2023, and the Supreme Court denied Carpenter's petition for certiorari. *Carpenter v. United States*, 144 S. Ct. 806 (2024).

A few months after denying Carpenter's petition for certiorari, however, the Supreme Court granted the petitions for certiorari in *Hewitt* and *Duffey*, which raised the same issue as Carpenter had raised in his appeal before the Sixth Circuit and his petition for certiorari. The United States supports petitioners in those cases, and agrees that the First Step Act's amendments to 18 U.S.C. § 924(c) sentencing should apply at any post-Act resentencing following the vacatur of a defendant's pre-Act sentence.

On March 19, 2024, Carpenter filed a motion in the Sixth Circuit to recall the mandate that had issued on September 27, 2023, so that he may potentially avail himself of relief should the Supreme Court rule in favor the petitioners in *Hewitt* and *Duffey*. The United States urged the court of appeals to hold the motion

to recall the mandate in abeyance pending resolution of the issue at the Supreme Court. The Sixth Circuit has not yet ruled on Carpenter's motion to recall the mandate, which remains pending.

Based on the foregoing, once the Supreme Court issues its decision in *Hewitt* and *Duffey*, and if that decision is favorable to Carpenter, it is possible that the Sixth Circuit may grant Carpenter's motion to recall the mandate and reverse its decision denying Carpenter's appeal of his resentencing. If that occurs, and Carpenter obtains relief in his direct appeal, the instant motion under Section 2255 would become moot. Alternatively, if the Supreme Court renders a decision unfavorable to Carpenter, that decision would be dispositive of the issues presented here.

Therefore, the parties stipulate and agree that proceedings on Carpenter's motion to vacate under 28 U.S.C. § 2255, including all briefing schedules and hearings, should be held in abeyance pending the Supreme Court's decisions in *Hewitt v. United States* (No. 23-1002) and *Duffey v. United States* (No. 23-1150).

Respectfully submitted,

JULIE A. BECK
Acting United States Attorney


*s/ Andrew R. Picek*
Andrew R. Picek
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
andrew.picek@usdoj.gov
(313) 226-9652

*s/ Harold Z. Gurewitz (by consent)*
Harold Z. Gurewitz
Attorney for Defendant
Gurewitz & Raben, PLC
333 W Fort St, Suite 1400
Detroit, MI 48226
hgurewitz@grplc.com
(313) 628-4733

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

              Plaintiff,

v.

D-4 Timothy Ivory Carpenter,

              Defendant,

_____/

No. 2:12cr20218

Hon. Sean F. Cox

## **ORDER HOLDING PROCEEDINGS ON DEFENDANT'S MOTION TO VACATE UNDER 28 U.S.C. § 2255 PENDING THE SUPREME COURT'S DECISIONS IN HEWITT AND DUFFEY**

This matter having come before the Court on the Stipulation of the parties:

IT IS HEREBY ORDERED that all proceedings on Defendant's motion to vacate under 28 U.S.C. § 2255 (ECF No. 721) be held in abeyance pending the Supreme Court's decision in *Hewitt v. United States* and *Duffey v United States*, Case No. 23-1002.

The parties are further ordered to notify the Court immediately when a decision is rendered in that case, so that these proceedings can move forward.

SO ORDERED.

March 11, 2025                                          s/Sean F. Cox
                                                       Sean F. Cox
                                                       U. S. District Judge