Case No. 22-1198

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

UNITED STATES OF AMERICA

     Plaintiff - Appellee

v.

TIMOTHY IVORY CARPENTER

     Defendant - Appellant


BEFORE:  KETHLEDGE and STRANCH, Circuit Judges.


   Upon consideration of the Joint Motion to hold supplemental briefing in abeyance

pending the resolution of Carpenter's currently pending motion in the district court to vacate, set

aside, or correct his sentence pursuant to 28 U.S.C. § 2255,

   It is therefore ORDERED that the motion be and it hereby is **GRANTED.**

                             **ENTERED BY ORDER OF THE COURT**
                             Kelly L. Stephens, Clerk

Issued: September 09, 2025

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 09, 2025

Mr. Jeffrey L. Fisher

Mr. Harold Z. Gurewitz

Mr. Blake Hatlem

Mr. Andrew C. Noll

Mr. Andrew Picek

Re: Case No. 22-1198, *USA v. Timothy Carpenter*
Originating Case No. 2:12-cr-20218-4

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Patricia Elder

Senior Case Administrator
Direct Dial No. 513-564-7034

cc: Ms. Kinikia D. Essix

Enclosure