**United States District Court**
**Eastern District of Michigan**
**Southern Division**

United States of America,

      Plaintiff-Respondent,

v.

Timothy I. Carpenter,

      Defendant-Petitioner.

_____/

Case No. 12-20218-04

Honorable Jonathan J.C. Grey

## <u>ORDER GRANTING PETITIONER'S § 2255 MOTION (ECF No. 721) AND ESTABLISHING A SCHEDULE FOR RESENTENCING</u>

On February 19, 2025, Petitioner Timothy I. Carpenter filed a motion to vacate his sentence under 28 U.S.C. § 2255. (ECF No. 721.) On January 29, 2026, the parties filed a stipulation of facts and law and request to grant Carpenter's motion pursuant to 28 U.S.C. § 2255 and order resentencing.  (ECF No. 762.)

For the reasons set forth in the parties' stipulated facts and law, the Court **GRANTS** Carpenter's § 2255 motion pursuant to *Hewitt v. United States*, 606 U.S. 419, 440 (2025).

**IT IS ORDERED** that the resentencing hearing is set for May 7, 2026 at 3:00 p.m.

**IT IS FURTHER ORDERED** that sentencing memoranda are due on or before **April 29, 2026**.

SO ORDERED.

<u>s/Jonathan J.C. Grey</u>
Jonathan J.C. Grey
Date:  January 30, 2026          United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 30, 2026.

s/ **S. Osorio**
Sandra Osorio