Case No. 22-1198

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

TIMOTHY IVORY CARPENTER

      Defendant - Appellant

BEFORE: KETHLEDGE and STRANCH, Circuit Judges.

   Upon consideration of the appellant's motion to withdraw previous filed motion to recall the mandated,

   It is therefore **ORDERED** that the motion be and it hereby is **GRANTED**.

                    **ENTERED BY ORDER OF THE COURT**
                    Kelly L. Stephens, Clerk

Issued: March 16, 2026